# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELLEN KLEINER**, *et al.* | : CIVIL ACTION |
| | : |
| v. | : NO. 19-1700 |
| | : |
| **RITE AID CORPORATION**, *et al.* | : |

## ORDER

**AND NOW**, this 11th day of June 2019, upon considering Plaintiffs' Motion to remand (ECF Doc. No. 4), Defendants' Opposition (ECF Doc. No. 10), Plaintiffs' Reply (ECF Doc. No. 11), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiffs' Motion (ECF Doc. No. 4) is **GRANTED** and the Clerk of Court shall forthwith **remand** this case to the Prothonotary of the Court of Common Pleas of Philadelphia County.

KEARNEY, J.